FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Michelle Cheng (SBN 239711)
   mcheng@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA  90071

7  Telephone:  213.457.8000
   Facsimile:  213.457.8080
8
   Attorneys for Defendants
9  Medtronic, Inc., Medtronic Sofamor
   Danek USA, Inc., and Medtronic
10 Vertelink, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FURLOTTE, an individual; | Case No.: 2:14-cv-04891-SVW-FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |
| vs. | Complaint Filed:  June 23, 2014 |
| MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1 -50, inclusive, | Honorable Stephen V. Wilson |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

US_ACTIVE-119779393

1  Based on the Stipulation of Dismissal that has been filed in the above-captioned
2  matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed
3  without prejudice with each party to bear its own costs.

4

5  Dated: September 24, 2015

6  Hon. Stephen V. Wilson
   U.S. District Judge